UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BARBARA PORTER, as Trustee for the Heirs and Next of Kin of Gaylene Johnson, deceased,<br><br>        Plaintiff,<br><br>v.<br><br>XANODYNE PHARMACEUTICALS INC., AAIPHARMA INC., TEVA USA, WEST-WARD PHARMACEUTICAL CORP., WATSON PHARMACEUTICAL, MALLINCKRODT PHARMACEUTICALS, COVIDIEN and DOES ONE through SIXTY, inclusive,<br><br>        Defendants. | CASE NO: 0:07-cv-03344 JMR-FLN<br><br><br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a), the undersigned counsel hereby stipulates that all claims of Plaintiff Barbara Porter, as Trustee for the Heirs and Next of Kin of Gaylene Johnson, deceased, (Civil No. 07-cv-03344 (JMR/FLN)), against all named Defendants are dismissed in their entirety with prejudice, and each party shall bear its own costs.

_____ Dated: 3/3/09
Michael K. Johnson (# 258696)
Lucia J. W. McLaren (# 0388088)
Goldenberg & Johnson, PLLC
33 South Sixth Street, Suite 4530
Minneapolis, Minnesota 55402
612-333-4662
**Counsel for Plaintiff**

_____ Dated: 2/24/09
Mr. Patrick A. Hamilton
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
816-474-6550
**Counsel for Defendants**

and
Mark Burton, Jr., (CA Bar #178400)
Hersh & Hersh
601 Van Ness Avenue
2080 Opera Plaza
San Francisco, CA 94102-6388
415-441-5544
**Counsel for Plaintiff**